UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE HENRY, on behalf of himself and all others similarly situated ) ) ) ) Plaintiffs, ) ) v. ) ) Omoi, Inc., ) ) Defendant. ) ) ) | Case No. 1:25-cv-3151 Hon. Steven C. Seeger |

## **SCHEDULING ORDER UNDER RULE 16(b)**

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| **Event** | **Deadline** |
|---|---|
| Initial Discovery Responses | 30 days after service of Initial Discovery Requests but no later than December 6, 2025. |
| Amendment to the pleadings | October 8, 2025 |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | January 6, 2026 |
| Disclosure of Plaintiff's Expert Report(s) | March 6, 2026 |
| Deposition of Plaintiff's Expert | April 6, 2026 |
| Disclosure of Defendant's Expert Report(s) | March 6, 2026 |
| Deposition of Defendant's Expert | April 6, 2026 |
| Dispositive Motions | May 6, 2026 |

Date: July 10, 2025

_____
Steven C. Seeger
United States District Judge